UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD MICHAEL HARDY,

    Petitioner,

    v.                         Case No. 13-cv-13702-DT

KENNETH McKEE,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    This matter is before the court on Petitioner Donald Michael Hardy's Petition for Writ of Habeas Corpus [ Dkt #1]. The case was referred to United States Magistrate Judge Paul J. Komives pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(b)(2).

    The magistrate judge issued his report on May 6, 2014, recommending that this court deny Petitioner's Petition for Writ of Habeas Corpus, Deny a Certificate of Appealability. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), thus further appeal rights are waived. In addition, the failure to object to the magistrate judge's report releases the court from its duty to review independently the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Therefore,

    IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Petitioner's Application for Writ of Habeas Corpus [Dkt#1] is

**DENIED** and a Certificate of Appealability is **DENIED.**

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  June 5, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 5, 2014, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522