**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

DONALD MICHAEL HARDY,

                     Petitioner,              Case No. 13-13702-DT

v.

KENNETH McKEE

                     Respondent.

_____/

**JUDGMENT**

In accordance with the June 5, 2014 "Order Adopting the Magistrate Judge's Report and Recommendation, Dismissing the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability"

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Kenneth McKee and against Petitioner Donald Michael Hardy.

 Dated at Detroit, Michigan, this 5th day of June,  2014.

                                DAVID J. WEAVER
                                CLERK OF THE COURT

                           BY:s/Lisa G. Wagner
                                Lisa Wagner, Deputy Clerk
                                and Case Manager to
                                Judge Robert H. Cleland